WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED'09 DEC 8 16:16USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**TERESA THWING,**

    Plaintiff,

vs.

**COMMISSIONER of Social Security,**

    Defendant.

CV # 08-952-MO

ORDER

    Attorney fees in the amount of $6,150.00 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

DATED this 8 day of Dec., 2009.

_____
United States District Judge

Submitted on December 1, 2009 by:

s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1